**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRUZ ALONZO GUTIERREZ,**  ) NO. EDCV 14-2569-AB (KS)

    **Petitioner,**  )
         )
   **v.**      ) **JUDGMENT**
         )
         )
**CLARK E. DUCART, Warden,**  )
         )
    **Respondent.**  )
_____

  Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

  IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: June 27, 2017

_____
    ANDRÉ BIROTTE JR.
    UNITED STATES DISTRICT JUDGE